IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                       Plaintiff,                      ORDER

  v.

                                                    11-cr-21-bbc

SANG T. DANH,

                       Defendant.

---

     The trial date in this case has been moved at the request of the parties. Therefore,

     IT IS ORDERED that all witness subpoenas are AMENDED to command appearance for testimony at trial on TUESDAY, SEPTEMBER 6, 2011 at 9:00 a.m.

     Entered this 27th day of June, 2011.

                                     BY THE COURT:

                                     /s/

                                   STEPHEN L. CROCKER
                                   Magistrate Judge